# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| RANDY F. WRIGHT, | Case No. 2:18-cv-609 |
| Plaintiff, | |
| v. | JUDGE ALGENON L. MARBLEY |
| COMMISSIONER OF SOCIAL SECURITY, | Magistrate Judge Vascura |
| Defendant. | |

## ORDER

This matter is before the Court on the Magistrate Judge's April 8, 2019, Report and Recommendation. (ECF No. 21). The Magistrate recommended that the Commissioner of Social Security's non-disability finding be reversed and remanded to the Administrative Law Judge.

Objections to the Report and Recommendation were due by April 22, 2019. No objections were filed. The parties' failure to object results in a waiver of the right to have the district judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

This Court hereby **ADOPTS** the Report and Recommendation based on an independent consideration of the analysis therein. The Commissioner of Social Security's non-disability finding is **REVERSED** and the case is **REMANDED** to the administrative law judge under Sentence Four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

                                                           s/ Algenon L. Marbley
                                           **ALGENON L. MARBLEY**
                                           **UNITED STATES DISTRICT JUDGE**

**DATED: July 9, 2019**